the Honorable the United States Court of Appeals for the First Circuit is now in session all persons having any business before this Honorable court may give their attendance and they shall be heard God save the United States of America and this Honorable court court is in session Okay, Mr. Hoop. Oh, I'm sorry. We'll call the case and then we'd appreciate your starting. Okay? Today's thank you. Today's cases will be called as previously announced and the times will be as allotted to counsel The first case today is United States vs. Shelley M. Richmond Joseph appeal number 20-1787 and United States vs. Wesley McGregor appeal number 20-1794 attorney hoops, please introduce yourself for the record and proceed with your argument May it please the court Tom hoops for judge Shelley Richmond Joseph your honor before I begin if I may Request to reserve two minutes in rebuttal. Yes, certainly Thank You Your honor the defendant appellant posits that the doctrine of judicial immunity and the 10th amendment doctrine of anti-commandeering both individually and collectively Bar this prosecution and bar the prosecution of a sitting state court judge who declined to assist federal agents in enforcing current federal immigration policy who instead acted Within her prescribed judicial powers to determine the proper courtroom exit point for an individual appearing before her in a state courtroom with your permission, I'd like to address both those two doctrines as well as the collateral order doctrine Mr. Hoops Yes, sir You had best address whether we have Interlocutory Jurisdiction as your first item, but then please do address the merits. Okay If I may your honor as to the jurisdiction on appeal the collateral order doctrine as the court knows it's a doctrine that has More limited application in criminal context But nevertheless has application and there are the basic requirements Which are that it's an important right separate from the merits otherwise lost and that was in fact decided beginning with the Important right that would otherwise be lost separate from the merits clearly judicial immunity is the essence of the right not to be tried and In fact it shall be foresight Discussed that in the absolute immunity context with other state officials there have been several circuits that have addressed that in the context of judicial immunity, but if Judicial immunity is to mean anything whatsoever Then it must mean the right not to be tried and all of the attendant Mr. Hoops Do I understand you to be saying that were there a decision we had no Interlocutory jurisdiction that your client would no longer have a judicial immunity defense But surely you cannot be saying that I'm sorry. I'm not understanding the question your honor If there's no jurisdiction over the denial of the motion to dismiss Then it will be up to the u.s Attorney whether to continue this case or not if the u.s. Attorney continues the case. I Assume that you would nonetheless at that point be asserting a judicial immunity As to the merits of the case, is that correct Well, we would but but we're asserting it now clearly because on an interlocutory basis the collateral minutes We're arguing does in fact permit this court to hear the appeal of that particular aspect As well as the aspect under the Tenth Amendment claim So are you asking are you asking us to make a determination that as a matter of law? judicial immunity applies here Across without without regard to what the factual allegations might be in the indictment Well with with regard to the factual allegations that are set forth in the indictment in other words We're taking as the judge could have below the facts stated in the indictment as true for purposes of the decision and And suggesting in fact arguing that not only do you have authority to hear the appeal but to decide that very issue Here at this particular time Similarly with I'm sorry, can we go back to the indictment? What are the Intent requirements for the crimes that are alleged against these defendants but the central intent requirement is is corrupt corruptly corrupt intent in the From the way you laid out the case you would say that there was no possible Argument for corruption but suppose that that is a jury issue and the government says Actually, we can and will make out a case of corruption and so the There are issues of fact and that makes this fall into the usual category That you can never dismiss an indictment If there are issues of fact And going beyond that if there are issues of fact There's no basis for interlocutory Jurisdiction in the Court of Appeals And yes, your honor, I'm assuming that would be precisely their argument. However, our argument is Very simple, which is is that? justice in judicial immunity in the civil context Corruptness and the state of mind malice bad faith are not applicable in the facts of this particular case But then to develop Judge Thompson's argument more You're asserting more or less I believe that the Corruption element of the intent requirement has to drop out of the case because Whether it could ordinarily be met or not Immunity judicial immunity as a matter of law bars any inquiry Into her reasons for the actions she took Yes, and we assert that here and we would assert that below as well. Same with the Tenth Amendment That can't be true, I mean suppose she took the action because she was paid I'm not saying she was but hypothetical suppose a judge took that action because they were paid $50,000 to do it Judicial immunity would clearly not Apply there by its own terms You do need to pay some attention to the purpose I thought your argument was They're not alleging. There's no claim of any bribe here. Whatever facts they're alleging You'll assume they're the case and you're saying she's immune Your honor we're not fighting the entire fight of all possible corrupt actions We're fighting the fight here that Under the fact specified in the indictment where there is not a bribe alleged where in fact, it's an allegation Simply that she was acting within her powers as a state court judge that Mr. Hoops answer the question and then I Unless my colleagues have any problems, I'd like you to spend two or three minutes on the merits, please Yes, your honor So just get it to your point We're within the four square Pages of the indictment which do not allege bribery do not allege that form of corruption All they allege is that she was acting within the scope of her judicial powers which leads back to the merits which is in the instance of The question of whether or not not only does she have judicial immunity But in the Tenth Amendment, it is those powers that are her protector here Let's be specific do you should we assume just for purposes of this motion? That the actions she took were taken with the intent and for the purpose of Impeding the ability of the ICE agent to arrest should we assume? Whether it's true or not, which we assume for purposes of this motion that that's the case I think you have to for the purposes of deciding this motion and and our response to that is Simply that that is not a relevant consideration. In other words that the her mental state under either doctrine is not applicable I'm sorry, but but going back to judge Kayada's Alternative set of facts, I mean there's $50,000 and there's this why is this the line at which we have to draw as a matter of law that there's no Appropriate indictment And I would suggest it's because that's the facts of the case presented for 170 years There was no Cohen case and Cohen hit and there was a question of fairness and the court decided that out of fairness They were going to create the collateral order doctrine There have been four Supreme Court cases since then in the next 70 years So that we're suggesting that this case has never been Foursquare presented to any court in the country and it is in a sense the same as Cohen Meaning under these facts where a judge is Acting within the law of her Commonwealth. In other words if any judge in the Commonwealth of Massachusetts believes that and knows that in fact is because the Government here is not contesting it that she was acting within her judicial powers Within her powers to control her environment or as judge sell you said and Ryan to control the courthouse Then what other circumstances can one ever think of? Where traditional immunity shouldn't apply Mr. Hoops, um, we'll hear you on rebuttal. Thank you A Attorney hopes, please mute your audio and video at this time attorney Scapiccio if you could please Unmute your device and introduce yourself on the record to begin Good morning, your honor's may it please the court. My name is Rosemary Scapiccio I represent Wesley McGregor and with the court's permission I'd like to reserve one minute for a bottle if that's possible your honor. It's certainly you may thank you I'd like to talk about both the Tenth Amendment issue and About the procedural issue because I know the court had some issues regarding procedure and I'd asked the court to consider Whether or not this isn't the type of case that you would take pendant jurisdiction on Because it's such an important issue with respect to the interpretation of the Tenth Amendment as it relates to mr. McGregor My position with mr. McGregor is that this prosecution violates the Tenth Amendment because it constitutes impermissible commandeering To require a state court officer to help enforce a federal immigration detainer when the state law itself Says he's not able to do that. It prohibits him from doing that once this immigration detainee Criminal proceeding was complete Mr. McGregor had no right under the state proceeding to hold him So whether mr. McGregor let him out the back door or the front door He was not required to hold him for the federal civil Arrest warrant and if he's not required to do that, then the government should not be able to criminalize the lack of his compliance and that's what I think we're dealing with here is the criminalization of the lack of compliance And in in order to criminalize a lack of compliance you have to be able to order someone to comply And if the Tenth Amendment says absolutely not you cannot order a state court court officer to hold a detainee for a federal immigration warrant Because it violates the state rules in order to do that and it violates the state Constitution in order to do that the federal court here and the indictments here criminalizing that action Based on on lack of compliance is what offends the Tenth Amendment and I'd ask the court to consider that seriously When considering this case in terms of whether or not you have jurisdiction because it's an important enough issue That I think it needs to get decided and this is not an issue That can get decided at the end of the case because this is not a sufficiency of evidence issue. It doesn't matter what? Mr. McGregor's intent was and opening that back door. It doesn't matter what mr McGregor did in terms of opening that back door it matter miss scar pitch you Did There are against your client there is also an obstruction of justice for lying to FBI agents about what he did It does your argument encompass also that separate assertion by the government No, your honor. We have not produced or put before this court the perjury part of mr McGregor's indictment that's not that's a separate a complete I believe it's a separate a completely separate argument so the the argument that I wanted to make to with respect to the the civil arrest warrant I think the case law is clear that a civil arrest warrant doesn't make this issue a pending proceeding and if there is no pending Proceeding then there can be no violation of at the immigration statute for the failure of him to allow the Particular person and this isn't he didn't block their arrest forever He let this person out the back door of the of the courthouse according to the indictment assuming everything the indictment says is true and according to the indictment that wasn't the usual way in which people were released and so now the federal court is Prosecuting state court employees. They're not following usual practice that goes well. They're your part Miss scar pitch you I think you just misstated it The federal court is not prosecuting anyone States attorney is I apologize completely judge That was a misstatement on my part and I apologize but for the for the for the United States Attorney's Office to now criminalize the conduct of mr McGregor in this case because it didn't fit the usual conduct that was expected in a state court courthouse is the epitome of the violation of the Tenth Amendment So now not only are you are you? Charging him as the government has in this case Because he failed to assist in a proceeding that he was precluded from assisting in with respect to the state constitution You're now also prosecuting him Because you claim that there is this prior proceeding that doesn't exist And so if the prior proceeding doesn't exist Then how do you find the criminalization of the lack of compliance with that with that federal civil arrest warrant? And I think that's the problem here that that needs to get addressed in this is not like I said a case where there's a Sufficiency argument if it's not addressed now Who decides this question? Are we going to ask the jury to decide whether or not there's a Tenth Amendment violation here? Because I would suggest that this is a decision that has to be made by a judge And so do we have to wait till the end of the trial and do our required finding on? This sufficient on this argument of the Tenth Amendment because it's not as expired Thank you, Miss Scarpiccio. We'll hear you on your rebuttal later At this time if Attorney Scarpiccio would please mute her audio and video and Attorney Lockhart if you would unmute and Introduce yourself on the record to begin Good morning, Your Honors Donald Lockhart for the government and may it please the court Unless the court has a different preference I'll start with the jurisdictional issues and in particular the defense argument that the Tenth Amendment anti-commandeering claim Satisfies the three-part collateral order test under the third prong of that test the defendants have to show not just that they have a Constitutional claim that would be dispositive of the case if it had merit But that the claim involves what the Supreme Court calls quote a right not to be tried at all That is a right that is on par with the double jeopardy clause or the speech or debate clause rights in the sense that the claim according to the Supreme Court rests upon an explicit statutory or Constitutional guarantee that trial will not occur now You can look at the text of the Tenth Amendment and you will not see anything in those 28 words about a trial right let alone Mr. Lockhart All right, let's follow your logic. Can you please then apply the three principles for? collateral orders That determine whether the We have jurisdiction over the judicial immunity issue, please Yes, I'll turn now to the jurisdictional problems with the judicial immunity claim starting with prong three and working backward Under prong three Midland asphalt makes clear that the claimant issue must rest upon an explicit statutory or Constitutional guarantee the trial will not occur this claim here The judicial immunity claim does not rest on a statute or on the Constitution It represents an attempt to persuade this court that it should exercise its judge-made responsibilities to extend the law of judicial immunity from the civil context into the criminal context and that is simply a Judge-made doctrine. It's a common law based doctrine. It's not based on the Constitution. It's not based on a statute and therefore under prong three The defendants Are simply out of luck that prong is fatal independently to any claim of collateral order jurisdiction now Implications I'm sorry, your honor there from our perspective There are no Tenth Amendment implications here because the Tenth Amendment claim from our perspective is simply not Colorable at all it proceeds from a completely false Factual premise to the effect that the defendants are being prosecuted Simply for their passive failure to assist an ICE agent in an arrest and that is completely not the case We know that from reading the indictment Which spells it out very clearly these defendants are being charged with corruptly actively thwarting a lawful federal arrest aware of the wrongfulness of their conduct Why is that just not a willingness a lack of a willingness to cooperate It's it's Manifestly, not just that your honor because we know that the judge here But if they had gone out the front door, okay but because the defendant was a Taken out the back door and allowed to retrieve his belongings which were still in lockup now. There's culpability Well, that's a jury argument your honor and one that I expect the defense will maintain a trial we have a diametrically opposite view of what happened here from our perspective and from the perspective of the indictment in this case You have a situation where the defense attorney and mr. McGregor first agree that they're going to thwart this ICE arrest by having obligation do they have to cooperate with you and It's not about an obligation to cooperate it's about an obligation not to actively impede a Lawful federal arrest with corrupt intent with the intent that you will frustrate the agent's ability to take this person Into custody it is manifestly not the case that they are being charged for their mere passive failure To assist in that arrest if if you'll let me develop the facts I can do it Corrupt you've used the word corrupt stuck into the pleading and now you've used it here today to be precise So I understand that you're alleging that They were corrupt because their purpose was to frustrate the ice agent in broad strokes That's correct your honor, but you have to keep this is not a case dealing with what the public would normally think of as corruption There's no bribe or anything Well your honor to answer your question I really have to get into the corrupt intent standard and that standard varies as between the two statutes that we've charged here under 1505 and 1512 there are different standards for what amounts to corruptly and I can get into that your honor However, the failure to state an offense claim that the defendants have brought based on corruptly and based on proceeding is barred jurisdictionally under Let's go back to the to the appeal ability issue if we were to find or if we assumed that judicial immunity applied In a criminal prosecution and the judicial immunity included by its nature immunity from suit Then it seems to me it would follow that it is now appealable So to avoid the appeal ability issue it seems to me you either have to say Well, you've really got to say that judicial immunity doesn't include the right to be free from suit Well your honor as I said before Midland Asphalt's third prong requires that the claim rest upon an explicit statutory or constitutional guarantee that a trial will not occur and here we don't have a Statute or the Constitution moreover if you look at judge Sorokin's reasoning As to the second part of the judicial immunity inquiry, that is whether judge Joseph's actions here constituted a judicial act at least from judge Sorokin's perspective that aspect of the inquiry is factually undeveloped and therefore under prong one His order judge Sorokin's Well from our perspective your honor No facts are missing because we believe that judicial immunity is Completely barred here as a matter of law and we also maintain that under no set of facts that will come out at trial Will this action by judge Joseph be converted into a judicial act? You just said that there was some Disputed factual underpinnings So I'm sure what those might be What I said is that judge Sorokin believes that to be the case and I say you disagree with him We do but if two members of the of the panel agree with judge Sorokin Then the defendants have a prong one problem under Midland Asphalt If not, if you agree with us that that that the claim simply fails as a matter of law Then they don't obviously have a prong one problem So there's never this judicial immunity can never from your perspective be a collateral issue appealable not in a criminal case because in the criminal setting the Supreme Court period period The Supreme Court has made clear that in the criminal context the collateral order exception is viewed with the utmost strictness because of delays due to Criminal cases and the Supreme Court has said that these delays are Especially inimical inimical to the effective and fair administration of criminal proceedings That's the Abney case If you believe that is the case it makes perfect sense to Take Midland Asphalt at its word when it says in prong three that the right must rest upon an explicit statutory or Not such a right under under that prong of Midland Asphalt but if I could turn briefly from the jurisdictional issues to the merits because I Think I'm running short on time on the Tenth Amendment Anti-commandeering claim we've already essentially addressed that because from our perspective The lead premise of this claim is simply incorrect The defendants are not being charged for their mere passive failure to assist in an ICE arrest That is the key problem with the defense Anti-commandeering claim but notice as well that we're dealing here Other than the United States District Attorney for the District of Massachusetts has any United States Attorney Ever brought any claim like this against any judge other than in the bribery cases Not that I'm aware your honor. No So this is a case of first impression because the United States Attorney for the District of Massachusetts Decided to bring an unprecedented case and you want us to be found Bound by case law that has never considered such a case Yes, your honor Mr. Lockhart Just in fairness Has such a situation ever arisen anywhere else in the country I Have not canvas the the district court docket sheets for the 93 districts your honor But I personally am not aware of such a case Well, you wouldn't know if there was there could be thousands of cases where u.s Attorneys exercised their discretion and didn't bring such a claim and you'd have no idea Well, that is they only know you'd only know if they brought claims Yes, that's perfectly true. Your honor. I can't argue with that But they haven't not to my knowledge your honor Four minutes remaining four minutes. Mr. Lockhart. Could you just spend some time explaining? what Proceeding was being obstructed All right, your honor bearing in mind that the question of proceeding is not a subject for your jurisdiction Under Abney because it's a failure to state an offense claim and the Supreme Court made crystal clear in Abney That such claims are plainly according to the Supreme Court plainly not subject to your jurisdiction with that proviso Will address the merits the merits will be somewhat complicated However, because each of the two statutes at issue here 1505 and 1512 have different definitions for what? Constitutes a proceeding so I'll begin going down this path It's going to take me quite a while to answer that question But I will do it on the merits even though the court lacks jurisdiction to decide that issue first of all under 1505 the Pend the proceeding must be pending however, it need not be formal in the sense that case law has said that even investigations and agents attempts to interview subjects count as Investigations our account is proceedings rather So the proceeding does have to be pending but it can be informal for purposes of 1505 under 1512 it's really the opposite The proceeding does have to be a bit more formal, but it need not be pending per the statute So we would submit that the proceeding at issue here is a proceeding related to the removal Of a s if you look at the warrant of removal Statute the statute that allows for warrants of removal 8 USC 1226 a you'll see that it says on a warrant issued by the Attorney General an Alien may be arrested and detained Pending a decision on whether the alien is to be removed from the United States So right away when we have a warrant of removal, which which we have here was issued on March 30 of 2018 we have a pending decision on whether that alien is to be removed from the United States We would submit that that pending proceeding satisfies both 1505 definition and 1512 definition of Situation there were two sort of procedural streams the case could have gone down after the warrant of removal one was the reinstatement of removal stream or branch and the other do you know of any other cases that have interpreted The civil warrants in this fashion Well this as we've already established this case is the sui generis So you would you would not expect to find any case law on point in a situation where? The prosecution is itself unique Okay, so the answer is no the answer is no Mr. Lockhart, I understood you to be making a textual argument Yes, your honor I can further develop it but the point is that From this from the point when the warrant of removal was issued on March 30th 2018 there was clearly a pending decision at issue in in the broader sense and that issue Then could have gone down two separate tracks Procedurally, you could have a reinstatement of removal track or you could have a full-fledged Removal proceeding track the case could have gone in either direction at that point Our point is that there is in essence an uber proceeding that encompasses both of those streams. We have a river The river is flowing. It may flow in one of two directions, but that river constitutes a proceeding both for purposes of 1505 and 1512 Time has expired Finish your thought please. Well, I I really think I have finished it your honor So unless there are further questions will rest on the brief I asked my colleagues if they have any further questions I'm good Okay. All right. Thank you. Mr. Lockhart Thank you If you could mute at this time attorney Lockhart and would attorney hoops, please unmute his audio and video He has a two-minute rebuttal and if he would please reintroduce himself on the record to begin Thank you again Tom hoops your honor's if it might please the court for judge Shelly Joseph I'd like if I may To address two brief issues the second with two parts the first is as to The government's position that As they said in their brief that Midland should be the star that the court steers the decision here Midland was in 1989 decision Justice Scalia was the author in 2003 cell was decided justice Scalia was in the dissent and justice Breyer wrote the opinion and Nowhere in and so which dealt with medication in the majority opinion was this issue of a requirement for collateral order doctrine that in fact that be somewhere written into the Constitution and in fact justice Breyer ignored Midland in writing the decision and it was left to justice Scalia and his dissent to Which did not sway the majority so I would respectfully suggest that this court is not bound by Midland is not bound by Midland and either of the Crongs which is the judicial immunity doctrine or the Tenth Amendment doctrine that the sole question is Justice Breyer said himself is really is this a crucial? invasion of a right of a critical right my second point if I can go to the Tenth Amendment issue is This is even though as mr. Lockhart says not written into the Tenth Amendment Precisely a critical right as justice Ginsburg said in bond This is the very right not to be tried in that case which dealt with Tenth Amendment considerations, which was did the federal government have authority over a state court arson case and She posited that in that same logic meaning that there could be collateral order jurisdiction time expired Thank You mr. Hoops Thank you Thank You mr. Hoops, please mute your audio and video at this time attorney Scapiccio. You have one minute of rebuttal Please introduce yourself on the record to begin Good morning again. Your honest. My name is Rosemary's PTR present Wesley McGregor I'd like to address the issue regarding the pending proceeding that the government spoke to the court about And it's our position that the pending proceeding that the government is asking this court to take notice of is a civil arrest warrant And I don't believe that there are any cases that suggest that a civil arrest warrant is a pending proceeding in immigration court My understanding of when the proceeding starts is after you've been served with the civil arrest warrant and you're brought into court And you have an order of show cause that's the proceeding that starts the process in immigration court It's not the civil arrest warrant because the civil arrest warrant has been deemed to be administrative and if it's administrative It can't be part of a prior proceeding I think I think that that's an important distinction that the government didn't make and asked this court to consider Thank you Thank You attorney Scapiccio would counsel for this first case that concludes the argument in this case attorney Hoops attorney Scapiccio and attorney Lockhart should disconnect from the hearing at this time